

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER GRANTING TEMPORARY RELIEF

Appellate case name:        In re William H. Atwell, II

Appellate case number:    01-18-01066-CV

Trial court case number:   463026

Trial court:                        Probate Court No. 3 of Harris County

On April 2, 2019, relator William H. Atwell, II, filed an emergency motion for temporary relief.  *See* TEX. R. APP. P. 52.10.  The real party in interest, Regena Atwell a/k/a Gena Atwell, filed a response the same day.

Relator's request for temporary relief is GRANTED.  *See* TEX. R. APP. P. 52.10(b). We stay all trial court proceedings until further orders of this Court.


It is so ORDERED.


Judge's signature:_____/s/ Justice Peter Kelly_____
                          ☒ Acting individually    ☐ Acting for the Court


Date:  __April 4, 2019___